No. 85–381.  PATEL v. FLYING TIGER LINE, INC.  C. A. 9th Cir.  Certiorari denied.

No. 85–382.  HEGGY v. WELTY ET UX.  Ct. App. Wis.  Certiorari denied.

No. 85–383.  JOHNSTON v. CITY OF ANN ARBOR ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 85–384.  BROWN v. FERRO CORP. ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 85–387.  MAINES ET AL. v. SECRETARY OF STATE OF MAINE.  Sup. Jud. Ct. Me.  Certiorari denied.

No. 85–389.  CHAPMAN ET AL. v. LUNA ET AL.  Sup. Ct. N. M.  Certiorari denied.

No. 85–397.  FUDGER v. COUNTY OF MONTGOMERY.  C. A. 2d Cir.  Certiorari denied.

No. 85–399.  YOUNG ET AL. v. GREAT ATLANTIC & PACIFIC TEA CO.  C. A. 3d Cir.  Certiorari denied.

No. 85–401.  MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS v. JONES.  C. A. 5th Cir.  Certiorari denied.

No. 85–403.  SCHELLER v. AMERICAN MEDICAL INTERNATIONAL, INC., ET AL.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 85–409.  HUNT, BY AND THROUGH HIS FATHER AND NEXT FRIEND, HUNT, ET AL. v. GUILFORD COUNTY BOARD OF EDUCATION.  C. A. 4th Cir.  Certiorari denied.

No. 85–414.  AMBROSE v. SPERRY RAND CORP. ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 85–419.  GENERAL DRIVERS & HELPERS UNION, LOCAL No. 554 v. MID-CONTINENT BOTTLERS, INC.  C. A. 8th Cir.  Certiorari denied.